IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL BARELA and ERICA BEGAY on behalf of
themselves and all others similarly situated,

    Plaintiffs,

vs.                                                                                               CIV 11-0506 KG/GBW

CITICORP USA, INC.,

    Defendant.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **WEDNESDAY, JUNE 4, 2014 AT 2:00 PM (MDT)**.  Counsel shall call Judge Gonzales' Meet Me line at 505.348.2354 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
UNITED STATES DISTRICT JUDGE