# EXHIBIT A-1

**YOUTZ & VALDEZ, p.c. is a law firm dedicated to representing Unions and their members individually and collectively through class actions.** The firm also focuses on wage and hour litigation and has been involved in many high profile FLSA claims over the last ten years. Firm practice areas include, Union side labor law, Fair Labor Standards Act, and complex civil litigation including consumer and shareholder derivative litigation.

Shane Youtz received a B.A., with honors, from the University of Wyoming in 1988 and a J.D. from the University of Minnesota in 1991. Shane specializes in representing workers individually and through their unions. Shane has litigated claims on behalf of workers and unions against some of the largest corporations in the world and has successfully tried lawsuits to juries on behalf of individuals as well as on behalf of classes of individuals. Shane's experience on behalf of unions includes work in many trial courts, the New Mexico Supreme Court, the United States Courts of Appeal and work before the National Labor Relations Board. He also has extensive experience with labor arbitrations and negotiating collective bargaining agreements. Shane represents Unions in both the public and private sector. Sample clients include: AFSCME, Health Care and Hospital Workers Union, American Federation of Teachers, Communications Workers of America, Food and Commercial Workers Union, United Mineworkers Union, International Brotherhood of Electrical Workers, Union of Operating Engineers, and the Carpenters Union.

Shane's verdicts over the last ten years have been widely reported in such media outlets as the New York Times, Washington Post, CBS Evening News, and NPR, among others.

Shane has litigated cases in Arizona, Arkansas, California, Iowa, New Jersey, New Mexico, Oregon, Texas and Utah and is admitted to practice before several state and federal courts. He is a member of the American Trial Lawyers Association and the AFL-CIO Lawyers Coordinating Committee. Shane is married to Lisa Simoni-Youtz and has three children, Kahlo, Cassady and Lucia.

**Affiliations:** Admitted to Bar California, 1991; New Mexico, 1998; California Federal District Courts and 9th Federal Circuit Court of Appeals, 1991; New Mexico Federal District Court and 10th Federal Circuit Court of Appeals, 1998; Texas Federal District Court for the Northern District of Texas, 2000.